# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:17-CR-00175 |
| v. | (Judge Brann) |
| JOSE HERNANDEZ-VASQUEZ, | |
| Defendant. | |

## ORDER

**MARCH 9, 2021**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Hernandez-Vasquez's motion to dismiss the indictment (Doc. 102) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge